# U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT COLUMBUS

### WITHDRAWAL PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

IN RE: ANDERSON, PAMELA  
3160 AMBERFIELD DRIVE  
COLUMBUS, OH 43232

**Case No.:** 15-51366  
**Chapter:** 13  
**Claim Date:** 8/19/2015

The State of Ohio Department of Taxation hereby withdraws its claim #14 in the amount of $4,642.96 in the above-captioned proceedings. Said claim was filed in error and is therefore WITHDRAWN.

/s/Rebecca L Daum  
#0046728  
Attorney-Bankruptcy Division  
Ohio Department of Taxation  
PO Box 530, Columbus, OH   43216-0530

Contact Information: #614-752-6864 / Fax#614-995-0164 / Email: rebecca.daum@tax.state.oh.us